

EOD
09/03/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** § § | | **Chapter 11** |
| **SPHERATURE INVESTMENTS LLC,** § *et al.*, § § | | **Case No.: 20-42492** |
| Debtors.[1] § | | **Jointly Administered** |
| § | | |
| **MELODY YIRU, on behalf of herself and those similarly situated,** § § § | | **Adv. Case No.: 21-04099** |
| Plaintiffs, § § | | |
| **SPHERATURE INVESTMENTS LLC, WORLDVENTURES MARKETING HOLDINGS, LLC, WORLDVENTURES ARKETPLACE LLC, WORLDVENTURES MARKETING, LLC, and WORLDVENTURES SERVICES, LLC,** § § § § § § § § § | | |
| Defendants. § | | |

### ORDER GRANTING DEFENDANTS' MOTION
### FOR EXTENSION OF TIME TO ANSWER COMPLAINT

The Court considered the Defendants' Motion for Extension of Time to Answer Complaint and for cause shown, it is hereby, ORDERED:

That the Extension Motion is GRANTED.

---

[1] The "Debtors" in the above-captioned jointly administered chapter 11 bankruptcy cases ("Cases") are: Spherature Investments LLC ("Spherature") EIN#5471; Rovia, LLC ("Rovia") EIN#7705; WorldVentures Marketing Holdings, LLC ("WV Marketing Holdings") EIN#3846; WorldVentures Marketplace, LLC ("WV Marketplace") EIN#6264; WorldVentures Marketing, LLC ("WV Marketing") EIN#3255; WorldVentures Services, LLC ("WV Services") EIN#2220.

The Defendants' Answer to the Complaint is extended to and including September 24, 2021.

Dated: _____

Signed on 09/03/2021

*Brenda T. Rhoades*    SD
_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted and Prepared by:

Marcus A. Helt (Texas Bar #24052187)
Debbie E. Green (Admitted *Pro Hac Vice*)
Jack Haake *(Admitted Pro Hac Vice)*
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:    (214) 210-2821 / Fax: (972) 528-5765
mhelt@mwe.com
dgreen@mwe.com
jhaake@mwe.com

***COUNSEL FOR THE DEFENDANTS***